# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ) | Case No: 09-70752-CMS |
| MARK D. BURROUGHS, ) | |
| ) | |
| DEBTOR. ) | CHAPTER 13 |
| ) | |

## LIMITED OBJECTION TO DEBTOR'S MOTION
## TO AVOID JUDICIAL LIEN

Comes now DeVry University, by and through its attorneys of record, and files its limited objection to Mark D. Burroughs's Motions to Avoid Lien and state to wit:

1. On March 30, 2009, the above-listed filed for Chapter 13 bankruptcy.

2. On June 9, 2009, the debtor filed a motion to avoid a judicial lien of DeVry University (hereinafter "DeVry").

3. On April 4, 2009, DeVry filed proof of claim for approximately $11,077.62.

4. On January 24, 2008, DeVry refiled its unsatisfied certificate of judgment in Probate Court of Tuscaloosa County, Alabama which the debtor attached to his motion to avoid judicial lien.

5. On the Debtor's bankruptcy filing date DeVry University was owed some $11,077.62. DeVry agrees that the Debtor is entitled to avoid DeVry's judicial lien but only to the extent it impairs the debtor's homestead exemption under Ala. Code § 6-10-2.

6. DeVry files this limited objection to the extent that the debtor is seeking to avoid DeVry's judicial lien in full.

WHEREFORE PREMISES CONSIDERED, DeVry University prays this Honorable Court will enter an order avoiding the judicial lien of DeVry University only to the extent it impairs the debtor's homestead exemption under Ala. Code § 6-10-2. DeVry University prays for such other and further relief as the Honorable Court deems fit.

Respectfully submitted on this the 17[h] day of June, 2009.

By: **/s/ E.B. Harrison Willis**
E.B. Harrison Willis
Attorney for FAN Distributing, LLC

Cloud & Tidwell, LLC
1625 Richard Arrington, Jr. Blvd South
Birmingham, Alabama 35205
(205) 322-6060

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Motion has been served on the following by hand delivery, electronically or first class mail postage prepaid on this the 17th day of June, 2009.

E Calhoun Wilson
Wilson & Guthrie LLC
1308 Greensboro Avenue
Tuscaloosa, AL 35401


Trustee
C David Cottingham
Chapter 13 Standing Trustee
1307 25th Ave
P O Drawer 020588
Tuscaloosa, AL 35402-0588


/s/ E.B. Harrison Willis
OF COUNSEL